# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HENRY MORTELLARO

VERSUS

OLD REPUBLIC UNION INSURANCE
COMPANY, PROGRESSIVE
SECURITY INSURANCE COMPANY,
CHRISTOPHER CAMPEAUX,
ANYTIME HOTSHOT, L.L.C. AND
ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY

NO.  2022 CW 0139

**MAY 05, 2022**

---

In Re:    Anytime Hotshot & Delivery, LLC and Old Republic Union
          Insurance Company, applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 700655.

---

**BEFORE:  GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

   **WRIT  DENIED.**    The  criteria  set  forth  in  **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981) (per curiam) are not met.

                        **JMG**
                        **WRC**

      **Holdridge, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
        FOR THE COURT